UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

**JENNIFER CHANG**
on behalf of herself and
all others similarly situated,
    Plaintiff,

Case No. 22-cv-732

v.

**MILWAUKEE ENTERTAINMENT, LLC, *et al.*,**
    Defendants.

## ORDER GRANTING APPROVAL OF SETTLEMENT

On May 22, 2023, plaintiff filed her unopposed Motion for Approval of FLSA Settlement and supporting documentation with this Court. ECF No. 15. Based on plaintiff's submissions, as well as the record, **IT IS ORDERED** that Plaintiff's unopposed Motion for Approval of FLSA Settlement, ECF No. 15, is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties' Settlement Agreement is a fair, reasonable, and adequate resolution of a bona fide dispute under the Fair Labor Standards Act, 29 U.S.C. § 216(b). The Settlement of $25,000.00 is hereby **APPROVED**.

**IT IS FURTHER ORDERED** that $14,387.51 of the $25,000.00 settlement is allocated to Plaintiff as detailed in the parties' Settlement Agreement.

**IT IS FURTHER ORDERED** that the $9,702.00 in attorneys' fees to Plaintiff's counsel are reasonable, as are the $910.49 in costs.

Dated at Milwaukee, Wisconsin, this 6th day of October, 2023.

                                                         s/Lynn Adelman
                                                         LYNN ADELMAN
                                                         District Judge